UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

 Plaintiff,          Hon. Janet T. Neff

v.              Case No. 1:15-cr-00059-JTN-1

MICHAEL JAMES BENT,

 Defendant.
_____/

## ORDER

This matter is before the Court on the United States' motion to detain defendant pending trial. The government sought detention, both on the bases of serious risk of flight and danger to the community. On May 1, 2015, the Court conducted a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f). Defendant was represented by counsel. Given the nature of the charges against defendant, the government enjoys a rebuttable presumption in favor of detention. *See* 18 U.S.C. § 3142(e)(3)(E).

Having considered the parties' oral submissions, the Court finds that defendant has rebutted the statutory presumption regarding serious risk of flight, but he has failed to rebut the presumption regarding danger to the community. Moreover, for the reasons stated on the record, the government has met its burden by clear and convincing evidence that defendant poses a danger to the community. In addition, and for the reasons stated on the record, the Court finds that there is no condition or combination of conditions short of detention that would protect the community. Accordingly,

**IT IS ORDERED** that defendant be detained pending further proceedings in this case,

and that he is remanded to the custody of the United States Marshal.

    **IT IS SO ORDERED**.


Date:  May 4, 2015          /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge